IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-12-00151 |
| v. | ) | |
| | ) | |
| BRIAN KEITH EDWARDS | ) | |

O R D E R

A hearing is scheduled on **Thursday, March 13, 2014, at 1:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN, on the Petition filed by the defendant's Pretrial Services Officer.

In the Petition, the Pretrial Services Officer asks that a summons be issued. There is no need to issue a summons. The defendant is already before the Court as a result of his being arrested on the warrant issued pursuant to the pending indictment. Additional process to bring him before the Court is not necessary. The defendant is required, as a condition of his release, to appear as directed. His failure to appear on March 13, 2014, could result in the issuance of a warrant.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge