PS 8 Revised 07
MD/TN Revised 06/13

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. Brian Keith Edwards  Docket No. 0650 3:12CR00151 - 1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Angela D. Rankin, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Brian Keith Edwards who was placed under pretrial release supervision by the Honorable Juliet Griffin, U.S. Magistrate Judge sitting in the Court at Nashville, Tennessee, on December 17, 2012, under the following conditions: Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page three of this document.

I declare under penalty of perjury that the foregoing is true and correct.

Angela D. Rankin  Place: Nashville, TN  Date: March 5, 2014
U.S. Pretrial Services Officer

Next Scheduled Court Event: Trial  Date: May 27, 2014

### PETITIONING THE COURT

☐ No Action
☐ To Issue a Warrant
☒ To issue an order setting a hearing on the petition
☐ Other

### THE COURT ORDERS:

☐ No Action
☐ The Issuance of a Warrant.
  ☐ Sealed Pending Warrant Execution (cc: U.S. Probation and U.S. Marshals only)
☐ Other

☒ A Hearing on the Petition is set for

Date: March 13, 2014  Time: 1:00 pm

Considered and ordered this 5th day of March, 2014, and ordered filed and made a part of the records in the above case.

Honorable Juliet Griffin
U.S. Magistrate Judge

Honorable Juliet Griffin
U.S. Magistrate Judge
RE: Petition for Action on
Brian Keith Edwards
3:12CR00151-001
March 5, 2014
Page 2

The defendant was arrested on December 13, 2012, after being charged with Felon in Possession of a Firearm. Defendant Edwards was released at the time of his Detention Hearing on December 17, 2012, to pretrial supervision with special conditions.

**Special Conditions of Pretrial Release:**

Please reference the attached Order Setting Conditions of Release.

**Previous Violations:**

On December 18, 2012, the defendant reported to the U.S. Probation Office to meet with this officer for a Post Release Intake Interview. The defendant submitted a urine screen at that time which tested positive for marijuana. Mr. Edwards readily admitted to using marijuana prior to his arrest for the instant offense. The specimen was sent to Alere Laboratory, Gretna, Louisiana, for confirmation. The specimen was confirmed positive for marijuana.

This officer reprimanded the defendant for using an illegal substance and informed him that if he continued to test positive, further action would be taken. On December 18, 2012, this officer referred the defendant to Centerstone for an alcohol and drug assessment. Centerstone recommended treatment, and the defendant remains in treatment at this time. Mr. Edwards also continued to be tested for illegal substances on a random basis.

On August 30, 2013, the defendant submitted a drug test which tested positive for cocaine. However, the defendant denied use of the illegal substance and signed the Substance Abuse Testing form disagreeing that he had used cocaine. The specimen was sent to Alere Laboratories, Gretna, Louisiana, for confirmation. The specimen was confirmed positive for cocaine.

On September 9, 2013, this officer informed the defendant that his recent drug test results had been received, and it confirmed the specimen was positive for cocaine. The defendant then produced Lidocaine patches and two small tubes of Anbesol and stated that he could not believe that his test was positive for cocaine. He further stated that at some point in time he was at the emergency room at a local hospital for food poisoning and the nurse had informed him that he had cocaine in his system. He stated that he had no idea how that occurred as well. This officer informed Mr. Edwards that she believed neither Lidocaine or Anbesol would cause the drug test to be positive for cocaine.

Honorable Juliet Griffin
U.S. Magistrate Judge
RE: Petition for Action on
Brian Keith Edwards
3:12CR00151-001
March 5, 2014
Page 3

This officer then informed Mr. Edwards that because the laboratory had confirmed the positive for cocaine, Pretrial Services was required to notify the Court. After much discussion with the defendant regarding this matter, Mr. Edwards finally admitted that he had used cocaine several days prior to the drug test. On September 10, 2013, this officer prepared a second Violation Petition due to the positive drug test.

This officer strongly reprimanded the defendant, and also moved him back to Phase I of the Code-A-Phone Program, where he would be tested more often for illegal substances. The Pretrial Services Office requested that No Action be taken at that time. However, this officer stated that if the defendant continued to test positive for illegal substances, a hearing would be requested by this officer to determine why the defendant's pretrial supervision should not be revoked.

## New Violations:

### Defendant shall refrain from use or unlawful possession of a controlled substance, unless prescribed by a physician:

On February 25, 2014, the defendant once again tested positive for cocaine. He initially denied use and informed this officer that he must have come in contact with cocaine while having sex with his girlfriend. After discussing the matter with this officer, Mr. Edwards then admitted to using the illegal substance.

### Respectfully Petition the Court as Follows:

This officer respectfully requests that a Summons be issued and a hearing be scheduled before the Court to determine why the defendant's pretrial release should not be revoked. Assistant U.S. Attorney Lee Deneke has been contacted and concurs with this recommendation.

Approved by:

_____
Vidette Putman
Supervisory U.S. Probation Officer

xc: Assistant U.S. Attorney Lee Deneke
    Defense Counsel Caryll Alpert

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. BRIAN KEITH EDWARDS        CASE NO.: 3:12-00151

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RELEASE ORDER AND CONDITIONS OF RELEASE

☒ Defendant is released on his/~~her~~ own recognizance, no appearance bond shall be posted, and the following ~~statutorily required standard~~ conditions of release are hereby imposed:

☐ Defendant shall be released on a non-surety bond in the amount of _____, no security or monies shall be required for defendant to be released, and the following conditions of release are hereby imposed:

☐ Defendant shall be released on a non-surety bond in the amount of _____, cash in the amount of _____ shall be posted to the Clerk of Court, or such other security as listed below, and the following conditions of released are hereby imposed:

☐ Defendant shall be released on a surety bond as described below:

☐ Defendant shall remain on the conditions of supervised release that have been previously imposed by the District Judge. In addition, defendant shall abide by the following conditions:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WHILE ON RELEASE, I FULLY UNDERSTAND:

1) *BE* I may not change my address or move without permission of the Court. My correct address has been provided to Pretrial Services.

2) *BE* I must be in Court each and every time I am instructed to be there, and surrender to serve any sentence imposed.

3) *BE* I cannot intimidate or harass any witness, victim, informant, juror or officer of the Court; I cannot obstruct any criminal investigation.

4) *BE* I must not violate any local, state or federal law. If I do, I could be punished by as much as from 90 days to 10 years imprisonment in addition to the penalty provided for the offense committed.

Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA v. BRIAN KEITH EDWARDS**   CASE NO.: 3:12-00151

*************************************************

5) If I violate any condition of release, a warrant for my arrest could be issued, ~~any bond I signed may be forfeited~~, and new bonds with additional conditions, or my detention until trial, could be ordered by the Court, and I could be held in contempt of Court.

6) If I fail to appear at any proceeding in this case or I fail to surrender to serve any sentence imposed, I could be charged and convicted of bail jumping which is punishable by, in some cases, as much as 10 years imprisonment and/or a fine, in addition to any other punishments imposed in the original case.

7) This special condition or conditions:

   A. _BE_ Defendant shall report to Pretrial Services as directed

   B. _BE_ Defendant shall maintain or actively seek verifiable employment

   C. ~~Defendant shall surrender any passport to Pretrial Services as directed~~

   C.P. _BE_ Defendant shall obtain no new passport

   D _BE_ Defendant's travel is restricted to the Middle District of Tennessee unless he obtains prior approval from Pretrial Services

   E _BE_ Defendant shall avoid all contact, directly or indirectly, with ~~any persons who are or who may become a victim or potential witness in the subject investigation or prosecution~~   Baronta Hancock

   G. ~~Defendant shall undergo mental health treatment as directed by Pretrial Services~~

Page 2 of 5

Case 3:12-cr-00151  Document 15  Filed 01/11/13  Page 5 of 8 PageID #: 25
Case 3:12-cr-00151  Document 39  Filed 09/11/13  Page 5 of 8 PageID #: 71

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. BRIAN KEITH EDWARDS       CASE NO.: 3:12-00151

************************************************************

F. *KBE* Defendant shall not have in his possession any firearm, ammunition, or other destructive device

G. *KBE* Defendant shall refrain from the excessive use of alcohol

H. *KBE* Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner

I. *KBE* Defendant shall submit to any method of testing required by the Pretrial Services Office for determining whether the defendant is using a prohibited substance, such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a ~~remote alcohol testing~~ system, and/or any form of prohibited substance screening or testing

J. *KBE* Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed appropriate by the Pretrial Services Officer, any inpatient treatment may be followed by up to 90 days in a halfway house

K. *KBE* Defendant shall refrain from obstructing or attempting to obstruct of tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release

Page 3 of 5

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA v. BRIAN KEITH EDWARDS**    CASE NO.: 3:12-00151

*************************************************************

L. N.B.E. Defendant shall report as soon as possible, within 48 hours, to the supervising officer, any contact with any law enforcement personnel, including, but not limited to any arrest, questioning, or traffic stop

M. B.E. Defendant shall allow a Probation/Pretrial Services Officer to visit at any time at home or elsewhere and confiscate any contraband observed in plain view

N. B.E. Defendant shall be placed in the third-party custody of LaWanda Kinnard

o.

*All conditions have been read to me by USPO Ransom.*

*Signed: Brian Edwards*

*Date: 10/18/2012*

Page 4 of 5

Case 3:12-cr-00151    Document 15    Filed 01/11/13    Page 7 of 8 PageID #: 27
Case 3:12-cr-00151    Document 39    Filed 09/11/13    Page 7 of 8 PageID #: 73

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA v. BRIAN KEITH EDWARDS          CASE NO.: 3:12-00151

*************************************************************

I acknowledge I have read this Order. I understand that I will receive a copy of it and any Appearance Bond that the Court has ordered at the conclusion of this hearing.

Date: December 17, 2012         X _Brian Edwards_
                                   Defendant

It is ORDERED that the conditions listed above are imposed. 18 U.S.C. § 3142.

_____
UNITED STATES MAGISTRATE JUDGE

The Middle District of Tennessee consists of the following counties: Cannon, Cheatham, Clay, Cumberland, Davidson, DeKalb, Dickson, Fentress, Giles, Hickman, Houston, Humphreys, Jackson, Lawrence, Lewis, Macon, Marshall, Maury, Montgomery, Overton, Pickett, Putnam, Robertson, Rutherford, Smith, Stewart, Sumner, Trousdale, Wayne, White, Williamson and Wilson.

The following are pertinent Middle District of Tennessee numbers (Area Code 615):

| | |
|---|---|
| U.S. Magistrate Judge Juliet Griffin | - 736-5164 |
| U.S. Magistrate Judge Joe B. Brown | - 736-7052 |
| U.S. Magistrate Judge E. Clifton Knowles | - 736-7347 |
| U.S. Magistrate Judge John S. Bryant | - 736-5878 |
| Clerk of Court | - 736-5498 |
| U.S. Marshal | - 736-5417 |
| U.S. Attorney | - 736-5151 |
| U.S. Probation | - 736-5771 |
| Federal Public Defender | - 736-5047 |

The United States District Court in Nashville is located in the United States Courthouse, 801 Broadway, at the corner of Eighth and Broad. The Court in Cookeville is located at 9 East Broad Street. The Court in Columbia is located at 816 South Garden Street.

Page 5 of 5

Case 3:12-cr-00151 Document 15 Filed 01/11/13 Page 8 of 8 PageID #: 28
Case 3:12-cr-00151 Document 39 Filed 09/11/13 Page 8 of 8 PageID #: 74